| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Phyllis Wehlage, on her behalf and on behalf of others similarly situated, | | No.  C 10-05839 EMC |
| Plaintiff, | | **[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1** |
| vs. | | |
| EmpRes Healthcare, Inc.; EHC Management LLC; EHC Financial Services LLC; Evergreen California Healthcare LLC; Evergreen at Arvin LLC; Evergreen at Bakersfield LLC; Evergreen at Lakeport LLC; Evergreen at Heartwood LLC; Evergreen at Springs Road LLC; Evergreen at Tracy LLC; Evergreen at Oroville LLC; Evergreen at Petaluma LLC; Evergreen at Gridley (SNF) LLC; and DOES 1 THROUGH 100, | | |
| Defendants. | | |

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT

1   Pursuant to the stipulation of the parties, and good cause appearing, the
2   Court approves and extends the time in which Defendants may answer or otherwise
3   respond to Plaintiff's Complaint until January 24, 2011.

5   IT IS SO ORDERED.

7   Dated: January 4, 2011

    Honorable Judge Phyllis J. Hamilton
    United States District Judge

    IT IS SO ORDERED
    Judge Edward M. Chen

10  Respectfully Submitted,

12  MANATT, PHELPS & PHILLIPS

14  By: /s/ Brad Seiling
        Brad W. Seiling
15      *Attorneys for Defendants*
        EMPRES HEALTHCARE, INC., *et al.*

17  Dated: January 3, 2011

20  300195767.1