| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | BARRY S. LANDSBERG (Bar No. CA 117284) |
| 2 | E-mail: blandsberg@manatt.com |
| | BRAD W. SEILING (Bar No. CA 143515) |
| 3 | E-mail: bseiling@manatt.com |
| | ANDREW H. STRUVE (Bar No. CA 200803) |
| 4 | E-mail: astruve@manatt.com |
| | JESSICA J. SLUSSER (Bar No. CA 217307) |
| 5 | E-mail: jslusser@manatt.com |
| | JUSTIN C. JOHNSON (Bar No. CA 252175) |
| 6 | E-mail: jjohnson@manatt.com |
| | 11355 West Olympic Boulevard |
| 7 | Los Angeles, CA  90064-1614 |
| | Telephone:  (310) 312-4000 |
| 8 | Facsimile:  (310) 312-4224 |
| 9 | DAVID L. SHAPIRO (*Pro Hac Vice*) |
| | E-mail: dshapiro@law.harvard.edu |
| 10 | 1563 Mass. Ave. |
| | Cambridge, MA  02138 |
| 11 | Telephone:  (617) 495-4618 |
| | Facsimile:   (617) 495-1950 |

*Attorneys for Defendants* EmpRes Healthcare, Inc., EHC Financial Services, L.L.C. , Evergreen California Healthcare, L.L.C., Evergreen California Healthcare L.L.C.; Evergreen at Arvin L.L.C.; Evergreen at Bakersfield L.L.C.; Evergreen at Heartwood L.L.C.; Evergreen at Springs Road L.L.C.; Evergreen at Tracy L.L.C.; Evergreen at Oroville L.L.C.; Evergreen at Petaluma L.L.C.; Evergreen at Gridley (SNF) L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Phyllis Wehlage, on her behalf and on behalf of others similarly situated, | | No.  C 10-05839 CW |
| Plaintiff, | | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO QUASH; CIVIL L.R. 6-2, 7-12** |
| vs. | | |
| EmpRes Healthcare, Inc.; EHC Management LLC; EHC Financial Services LLC; Evergreen California Healthcare LLC; Evergreen at Arvin LLC; Evergreen at Bakersfield LLC; Evergreen at Lakeport LLC; Evergreen at Heartwood LLC; Evergreen at Springs Road LLC; Evergreen at Tracy LLC; Evergreen at Oroville LLC; Evergreen at | | Judge:  Hon. Claudia Wilken |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER: EMPRES HEALTHCARE ET AL.'S 12(b)(6) MTD (CASE NO. C 10-05839 CW)

1

| | |
|---|---|
| 1 | Petaluma LLC; Evergreen at Gridley (SNF) LLC; and DOES 1 THROUGH 100, |
| 2 | |
| 3 | Defendants. |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

[PROPOSED] ORDER: EMPRES
HEALTHCARE ET AL.'S 12(b)(6) MTD
(CASE NO. C 10-05839 CW)

Pursuant to the stipulation of the parties and good cause appearing,

1. The Case Management Conference currently set for April 12, 2011, at 2:00 p.m. shall be continued to **July 14**, 2011 at **2:00** PM.

2. The hearing on Defendants EmpRes Healthcare, Inc., EHC Financial Services, L.L.C. and Evergreen California Healthcare, L.L.C. filed a motion to dismiss Plaintiff's complaint for lack of *in personam* jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure shall be continued to **July 14**, 2011 at **2:00** PM. All moving, opposing and reply papers shall be filed and served according to the Local Rules.

3. Defendants' motions to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure shall remain on calendar on April 7, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED

**Dated**: 3/28/2011

_____
**Hon. Claudia Wilken**
**United States District Judge**

Respectfully Submitted,

MANATT, PHELPS & PHILLIPS

By: /s/ Brad Seiling
   Brad W. Seiling
   *Attorneys for Defendants*
   EMPRES HEALTHCARE, INC., *et al.*

Dated: March 23, 2011

300229095.1

[~~PROPOSED~~] ORDER: EMPRES HEALTHCARE ET AL.'S 12(b)(6) MTD (CASE NO. C 10-05839 CW)

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES