

1  MANATT, PHELPS & PHILLIPS, LLP
   BARRY S. LANDSBERG (Bar No. CA 117284)
2  E-mail: blandsberg @manatt.com
   BRAD W. SEILING (Bar No. CA 134515)
3  E-mail: bseiling@manatt.com
   ANDREW H. STRUVE (Bar No. CA 200803)
4  E-mail: astruve@manatt.com
   JESSICA J. SLUSSER (Bar No. CA 207317)
5  E-mail: jslusser@manatt.com
   JUSTIN C. JOHNSON (Bar No. CA 252175)
6  E-mail: jjohnson@manatt.com
   11355 West Olympic Boulevard
7  Los Angeles, CA 90064-1614
   Telephone: (310) 312-4000
8  Facsimile: (310) 312-4224

9  DAVID L. SHAPIRO (Pro Hac Vice)
   E-mail: dshapiro@law.harvard.edu
10 1563 Mass. Ave.
   Cambridge, MA 02138
11 Telephone: (617) 495-4618
   Facsimile: (617) 495-1950
12
   WROTEN & ASSOCIATES, INC.
13 KIPPY L. WROTEN, State Bar No. 134325
   E-Mail: kwroten@wrotenlaw.com
14 LAURA K. SITAR, State Bar No. 195806
   E-Mail: lsitar@wrotenlaw.com
15 DARRYL A. ROSS, State Bar No. 180022
   E-Mail: dross@wrotenlaw.com
16 20 Pacifica, Suite 1100
   Irvine, California  92618
17 Telephone: (949) 788-1790
   Facsimile: (949) 788-1799
18
   Attorneys for Defendants, EmpRes Healthcare, Inc., EHC Management, L.L.C., EHC Financial
19 Services, L.L.C., Evergreen California Healthcare, L.L.C., Evergreen at Arvin L.L.C., Evergreen
   at Bakersfield L.L.C., Evergreen at Lakeport, L.L.C., Evergreen at Heartwood L.L.C., Evergreen
20 at Springs Road L.L.C., Evergreen at Tracy L.L.C., Evergreen at Oroville L.L.C., Evergreen at
   Petaluma L.L.C., Evergreen at Gridley (SNF) L.L.C.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Phyllis Wehlage, on behalf and her behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EmpRes Healthcare, Inc.; EHC Management LLC; EHC Financial Services LLC; Evergreen | CASE NO. C 10-05839 CW<br><br>[PROPOSED] ORDER RE: STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, MOTION OPPOSITION AND REPLY DATES AND HEARING ON MOTION TO QUASH; CIVIL L.R. 6-2, 7-12 |

EVER-0112/105016.1

| | |
|---|---|
| California Healthcare LLC; Evergreen at Arvin LLC; Evergreen at Bakersfield LLC; Evergreen at Lakeport LLC; Evergreen at Heartwood LLC; Evergreen at Tracy LLC; Evergreen at Oroville LLC; Evergreen at Petaluma LLC, Evergreen at Gridley (SNF) LLC, and DOES 1 THROUGH 100,<br><br>         Defendants. | Judge: Hon. Claudia Wilken |

The parties have stipulated to continue 1) the Case Management Conference in the above captioned matter, 2) dates for filing oppositions and replies to Defendants' Motions to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6) and Motion to Dismiss or Strike Plaintiff's First Amended Complaint, and 3) hearing on Defendants' Motions to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2).  Having reviewed and considered the parties' stipulation:

IT IS HEREBY ORDERED AS FOLLOWS:

1.     Plaintiff's oppositions to Defendants' Motions to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6) and Motion to Dismiss or Strike Plaintiff's First Amended Complaint will be due on July 13, 2011.  Defendants' replies in support of those motions will be due July 27, 2011.

2.     Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) will be scheduled for hearing on September 22, 2011. Plaintiff's opposition shall be due September 1, 2011. Defendants' reply shall be due September 8, 2011.

3.     Plaintiff's oppositions to Defendants' Motion to Strike and Rule 12(b)(6) Motions to Dismiss and shall be contained in a single brief not to exceed thirty-five pages.  Defendants' replies in support of the same shall be contained in a single brief not to exceed twenty pages.

4.     A case management conference will be held on October 18, 2011 at 2:00 p.m.

IT IS SO ORDERED.

Date: June 30, 2011



CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

EVER-0112/105016.1      2
[PROPOSED] ORDER RE: STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, MOTION OPPOSITION AND REPLY DATES AND HEARING ON MOTION TO QUASH; CIVIL L.R. 6-2, 7-12