IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS WEHLAGE, on her own behalf and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>EMPRES HEALTHCARE, INC. et al.,<br><br>    Defendants.<br>_____/ | No. C 10-5839 CW<br><br>ORDER VACATING HEARING DATES ON MOTIONS |

    Currently before the Court are Defendant EmpRes Entities' motion to dismiss under Rule 12(b)(6) based on lack of alter ego liability (Docket No. 56) and Defendant EmpRes Entities' motion to dismiss under Rule 12(b)(2) for lack of personal jurisdiction (Docket No. 54). The first motion is under submission and the second motion is scheduled for a hearing before the Court on September 22, 2011. Plaintiff has filed a motion to compel jurisdictional discovery (Docket No. 69), and a motion for an extension of time for briefing and to continue the hearing date on Defendants' Rule 12(b)(2) motion (Docket No. 73).

    The Court stays Defendants' Rule 12(b)(2) motion and Plaintiff's motions to compel and for an extension of time to respond to the Rule 12(b)(2) motion. Oppositions on these motions are not due until called for by the Court. The hearing on

Defendants' Rule 12(b)(2) motion is vacated. The Court will issue an order regarding a briefing schedule, if it is necessary, on these motions after it issues its ruling on Defendants' motion to dismiss based on lack of alter ego liability.

IT IS SO ORDERED.

Dated: **9/7/2011**

CLAUDIA WILKEN
United States District Judge