Robert J. Nelson (State Bar No. 132797)
Lexi Hazam (State Bar No. 224457)
Andrew Kingsdale (State Bar No. 255669)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Michael D. Thamer (State Bar No. 101440)
LAW OFFICES OF MICHAEL D. THAMER
Old Callahan School House
12444 South Highway 3
Post Office Box 1568
Callahan, CA 96014-1568
Telephone:  (530) 467-5307
Facsimile:  (530) 467-5437

Kathryn A. Stebner (State Bar No. 121088)
Sarah Colby (State Bar No. 194475)
STEBNER & ASSOCIATES
870 Market Street, Suite 1212
San Francisco, CA 94102-2907
Telephone:  (415) 362-9800
Facsimile:  (415) 362-9801

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Phyllis Wehlage, on her behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EmpRes Healthcare, Inc.; EHC Management LLC; EHC Financial Services LLC; Evergreen California Healthcare LLC; Evergreen at Arvin LLC; Evergreen at Bakersfield LLC; Evergreen at Lakeport LLC; Evergreen at Heartwood LLC; Evergreen at Springs Road LLC; Evergreen at Tracy LLC; Evergreen at Oroville LLC; Evergreen at Petaluma LLC; Evergreen at Gridley (SNF) LLC; and DOES 1 through 100,<br><br>Defendants. | Case No.  4:10-cv-05839-CW<br><br>**STIPULATION AND [PROPOSED] ORDER RE REPLY TO OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT AND MOTION TO DISMISS**<br><br>The Honorable Claudia Wilken |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties submit the following stipulation:

**Whereas** on November 21, 2011 Defendants filed an opposition to Plaintiffs' motion for leave to amend the complaint and motion to dismiss;

**Whereas** the Court held that Plaintiffs must file a response within seven days (Doc. #79);

**Whereas** November 24, 2011 is the Thanksgiving holiday;

**Whereas** no other scheduling modifications have been requested pertaining to Plaintiffs' amended complaint;

**Whereas** the Court has not yet set a hearing date for the motions or a case management conference;

**NOW THEREFORE**, it is stipulated that deadline for Plaintiffs to file a combined response to Defendants' opposition to motion for leave to amend, as well as Defendants' motion to dismiss, shall be December 6, 2011.

Dated:  November 23, 2011            Respectfully submitted,

WROTEN & ASSOCIATES, INC.

By:_____/s/ Laura K. Sitar_____
              Laura K. Sitar

WROTEN & ASSOCIATES, INC.
Kippy L. Wroten, State Bar No. 134325 2
E-Mail: kwroten@wrotenlaw.com
Laura K. Sitar, State Bar No. 195806
Mail: lsitar@wrotenlaw.com
Darryl A. Ross, State Bar No. 180022
E-Mail: dross@wrotenlaw.com
20 Pacifica, Suite 1100
Irvine, California  92618
Telephone: (949) 788-1790 6
Facsimile: (949) 788-1799

*Attorneys for Defendants*

1
2  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
3
4  By: _____/s/ Robert J. Nelson_____
        Robert J. Nelson
5
   Robert J. Nelson (State Bar No. 132797)
   Lexi Hazam (State Bar No. 224457)
6  Andrew Kingsdale (State Bar No. 255669)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
7  275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
8  Telephone:  415.956.1000
   Facsimile:  415.956.1008
9
   Michael D. Thamer (State Bar No. 101440)
10 LAW OFFICES OF MICHAEL D.  THAMER
   Old Callahan School House
11 12444 South Highway 3
   Post Office Box 1568
12 Callahan, CA 96014-1568
   Telephone:  (530) 467-5307
13 Facsimile:  (530) 467-5437

14 Kathryn A. Stebner (State Bar No. 121088)
   Sarah Colby (State Bar No. 194475)
15 STEBNER & ASSOCIATES
   870 Market Street, Suite 1212
16 San Francisco, CA 94102-2907
   Telephone:  (415) 362-9800
17 Facsimile:  (415) 362-9801

18 Christopher J. Healey (State Bar No. 105798)
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
19 600 West Broadway, Suite 2600
   San Diego, CA 92101
20
   W. Timothy Needham (State Bar No. 96542)
21 Michael J. Crowley (State Bar No. 102343)
   JANSSEN, MALLOY, NEEDHAM, MORRISON,
22 REINHOLTSEN & CROWLEY, LLP
   730 Fifth Street
23 Eureka, CA 95501

24 Robert S. Arns (State Bar No. 65071)
   Steven R. Weinmann (State Bar No. 190956)
25 THE ARNS LAW FIRM
   515 Folsom Street, 3rd Floor
26 San Francisco, CA  94105

27 *Attorneys for Plaintiffs*

28

950168.1     - 3 -     STIPULATION & [PROPOSED] ORDER
CASE NO. 4:10-CV-05839-CW

1  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Laura K. Sitar.

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  12/1/2011

_____
HON. CLAUDIA WILKEN