UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Phyllis Wehlage, on her behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EmpRes Healthcare, Inc., et al.,<br><br>Defendants. | Case No. C10-05839 CW<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL CERTAIN INFORMATION FILED IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Courtroom 2 |

Plaintiffs have filed an Administrative Motion to Seal certain documents lodged in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. The Court, having reviewed the pleadings, and good cause having been shown, finds as follows:

The documents, lodged with the Court under seal with the Court on May 16, 2012, contain references to (1) Defendants' highly confidential business information, and (2) information that is subject to confidentiality agreements with third parties. The Court finds that Defendants have strong interests in keeping this information confidential and that these interests overcome the public's right to access these records. The Court further finds that Defendants' overriding interests support sealing the Exhibits, and a substantial probability exists that Defendants' interests would be prejudiced if these documents were not sealed. Moreover, the proposed sealing is narrowly tailored; no less restrictive means exist to protect the overriding interests in question.

1038543.1

**WHEREFORE, IT IS HEREBY ORDERED** that, pursuant to Civil Local Rules 79-5 and 7-11 and General Order 62, "the requesting party will e-file the [listed] documents under seal according to the procedures outlined in the FAQs on the ECF website:"

1. Declaration of Michael J. Eggers in Support of Preliminary Approval Motion;

2. Declaration of Dennis C. Reinholsten in Support of Preliminary Approval Motion (and accompanying Exhibit A).

**IT IS FURTHER ORDERED** that no other court records, including this Order, are to be sealed pursuant to this Order and that no person other than the Court and its personnel are authorized to inspect the sealed records. The Parties to this action are prohibited from disclosing the contents of the sealed records in any subsequently filed records or papers.

**IT IS SO ORDERED.**

DATED: 5/24/2012

The Honorable Claudia Wilken
United States District Judge